IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION


DONALD MATTHEW NASH                                                    PLAINTIFF

Vs.                               CASE NO. 3:08CV00091 BSM

TROY MILLER, et al                                                    DEFENDANTS


ORDER

 The Initial Scheduling Order filed June 24, 2008 (docket entry #4) directed the parties to file

the Rule 26(f) Report no later than September 8, 2008.  The parties shall have until September 22,

2008, to file the report.

 IT IS SO ORDERED this 15th day of September, 2008.


_____
UNITED STATES DISTRICT JUDGE