IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

IN THE ESTATE OF
DONALD MATTHEW NASH                                                                PLAINTIFF

vs.                              NO: 3:08CV00091 BSM

TROY MILLER, ET AL.                                                                DEFENDANTS

## **ORDER**

On joint motion of the parties, the case is hereby dismissed with prejudice.

IT IS SO ORDERED this 20th day of May, 2009.


_____
UNITED STATES DISTRICT JUDGE